William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

---

(No. 75-CC-677—

Spoon River College, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed April 9, 1975.*

Spoon River College, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.